# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MEDILINK INSURANCE COMPANY, LIMITED,

    Plaintiff/Counter-Defendant,

v.                                         Case No. 09-13692

COMERICA BANK,

    Defendant/Counter-Plaintiff.

                                                                 /

## JUDGMENT

      In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment, Granting in Part Plaintiff's Motion for Summary Judgment, and Denying as Moot Defendant's Motion in Limine" dated March 23, 2011,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Comerica Bank and against Plaintiff Medilink Insurance Company, Limited, on Plaintiff's Complaint.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Counter-Defendant Medilink Insurance Company, Limited, and against Counter-Plaintiff Comerica Bank on the Counterclaim.  Dated at Detroit, Michigan, this 23rd day of March 2011.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                 s/Lisa Wagner
                          By:  Lisa Wagner, Case Manager and Deputy Clerk
                             to Judge Robert H. Cleland